# United States Court of Appeals

## For the First Circuit

No. 02-1393

UNITED STATES OF AMERICA,

Appellee,

v.

FLOR DE MARÍA CACHO-BONILLA,

Defendant, Appellant.

No. 02-1394

UNITED STATES OF AMERICA,

Appellee,

v.

WALDEMAR PÉREZ-QUINTANA,

Defendant, Appellant.

_____

ERRATA

The opinion of this Court, issued on April 14, 2005, should be amended as follows.

On page 7, line 6, 1st full paragraph, delete comma after "No.".

On page 7, line 7, 1st full paragraph, insert "the" before "legislation".

On page 11, lines 3 and 4 of second full paragraph, replace "United States v. McCann, 366 F.3d 46, 51 (1st Cir. 2004), petition

for cert. filed, No. 04-5632 (U.S. Aug 2, 2004)." with "United States v. Montminy, 936 F.2d 626, 627 (1st Cir. 1991)."

On page 13, last line of 1st full paragraph, replace "tampered with" with "tampered-with".

On page 15, line 4 of footnote 4, replace "386e," with "386,".

On page 20, 1st line of 2nd full paragraph, replace "last" with "next".